# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

June 24, 2026

**BY ECF**

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>     ***Re:*** ***Gelasio v. LAI NYC Inc., et al.***
>                 ***Case No. 26-CV-2638 (LJL)***

Dear Judge Liman,

    We are counsel to the plaintiff in the above-referenced matter.  An initial pretrial conference is scheduled on July 1, 2026, at 12:00 p.m.  In light of the fact that the defendants have not appeared in this action and are currently in default, it is respectfully requested that the conference be adjourned *sine die*.  It is plaintiff's intention to move to have default judgment entered against the defendants within the next thirty days.

    We thank the Court for considering this application.

                                                Respectfully submitted,


                                                */s/ Justin Cilenti*
                                                Justin Cilenti


The Motion is GRANTED. The initial pretrial conference is adjourned *sine die*.
Date: June 24, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge